UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL LEBRON,<br><br>Defendant | Criminal No. 25-30043-MGM<br><br>Violations:<br><br>Count One: Felon in Possession of Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Count Two: Possession with Intent to Distribute Cocaine Base and Heroin<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INFORMATION

COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The United States Attorney alleges:

On or about April 9, 2025, in Hampshire County, in the District of Massachusetts, and elsewhere, the defendant,

GABRIEL LEBRON,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is:

1

1. one Jimenez Arms, Model JA-25, semi-automatic .25 caliber pistol with serial number 185539; and

2. five rounds of .25 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
Possession with Intent to Distribute Cocaine Base and Heroin
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The United States Attorney further alleges:

On or about April 9, 2025, in Hampshire County, in the District of Massachusetts, and elsewhere, the defendant,

### GABRIEL LEBRON,

did knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1.  Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1), set forth in Count One the defendant,

GABRIEL LEBRON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. one Jimenez Arms, Model JA-25, semi-automatic .25 caliber pistol with serial number 185539; and

   b. five rounds of .25 caliber ammunition.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

1. Upon conviction of Possession with Intent to Distribute Cocaine Base and Heroin in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), set forth in Count Two, the defendant,

GABRIEL LEBRON,

2. shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Dated: July 30, 2025

                                                LEAH B. FOLEY
                                                UNITED STATES ATTORNEY

By:    /s/ Steven H. Breslow
          STEVEN H. BRESLOW
          Assistant United States Attorney